AMIN TALATI WASSERMAN LLP
William P. Cole, Bar No. 186772
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel:  (213) 933-2330
Fax:  (312) 884-7352
william@amintalati.com

AMIN TALATI WASSERMAN LLP
Jonathan Krit, *pro hac vice* forthcoming
Manon Burns, Bar No. 347139
549 W Randolph St., Ste. 400
Chicago, IL 60661
Tel: (312) 466-1033
Fax: (312) 884-7352
jonathan@amintalati.com
manon@amintalati.com

Attorneys for Plaintiff
Biomax Health Products LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOMAX HEALTH PRODUCTS LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PERFECTX USA, a business entity of unknown type and organization,<br><br>　　　　　　　Defendant. | Case No.:   3:23-cv-02834<br><br>**DECLARATION OF JONATHAN J. KRIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND ORDER TO SHOW CAUSE AND CERTIFYING OF EFFORTS MADE TO GIVE NOTICE OF APPLICATION.** |

DECLARATION OF JONATHAN J. KRIT

I, Jonathan J. Krit, declare as follows:

1. I am an attorney with the law firm Amin Talati Wasserman, LLP, counsel for Plaintiff Biomax Health Products LLC ("Biomax") in this action, and I have personal knowledge of the facts stated in this Declaration.

2. The following describes Plaintiff's efforts to provide notice to Defendant of the present application for a temporary restraining order.

3. Our firm engaged APS International Ltd. ("APS") to serve a copy of the Complaint, Summons, and other requisite case opening documents to the San Francisco address provided on one of two Facebook pages representing themselves to be "Perfectx USA," as described at ¶ 9 of the Complaint.

4. Searches I performed on multiple public and proprietary databases determined that the New York address listed on the second Facebook page, as described at ¶ 9 of the Complaint, was fictitious, and did not exist for Defendant or any other person or entity.

5. On June 12, 2023, the APS process server served the papers at the San Francisco address, which the process server reported was a commercial mail receiving agency whose manager on-site confirmed was engaged by Defendant. On June 13, 2023, pursuant to California Code of Civil Procedure § 415.20 and § 415.95, copies of these papers were also sent to the same address by United States Postal Service first class mail, postage prepaid. A true and correct copy of the Affidavit of Service from the APS process server is attached to this Declaration as Exhibit A.

6. The documents served on Defendant further contained a cover letter stating that Plaintiff intended to seek a temporary restraining order and preliminary injunction to halt sales of the PERFECTX-branded products during the pendency of the action. I have not received a response from Prefectx USA or any other party with respect to the documents served on Defendant.

7. On June 12, 2023, copies of the same documents were sent by email and FedEx overnight delivery to the attorney listed on the trademark application for "PERFECTX" in relation to, *inter alia*, topical analgesic creams currently pending in the United States Patent and Trademark Office, as described at ¶ 9 of the Complaint. The correspondence requested that the attorney forward the papers to the applicant and inform us as to whether the applicant was affiliated with the Defendant.

- 1 -
DECLARATION OF JONATHAN J. KRIT

I received no indications the emails were not received, and FedEx reported that the documents had been successfully delivered. Subsequently copies of the Order of Reassignment and Initial Case Management Guidelines (Docket Items 10 and 11) were served to all parties, physical addresses, and email addresses previously sent documents. I have not received a response from the trademark attorney or Perfectx USA with respect to any of these communications.

8. Also on June 12, 2023, copies of the Complaint, Summons, and requisite opening case documents were sent by FedEx to the address of the PEFECTX trademark applicant in China, as well as a cover letter stating that stating that Plaintiff intended to seek a temporary restraining order and preliminary injunction to halt sales of the PERFECTX-branded products during the pendency of the action. On June 17, 2023 FedEx reported that the documents could not be delivered because the recipient was not at the address and that the documents would be returned to sender.

9. On June 16, 2023, I sent an unsigned copy of the present application by FedEx overnight delivery to the San Francisco address accompanied by a cover letter informing Defendant of Plaintiff's intent to file the application imminently. I additionally sent copies to the trademark attorney described above by both e-mail and FedEx. These copies had a slightly different version of this declaration, not including the information regarding attempted communications following June 16. FedEx reported the copy to the trademark attorney was successfully delivered, however on June 19, 2023, a FedEx delivery person informed me that FedEx did not service the San Francisco address and the envelope would be returned. Later, a FedEx customer service representative informed me the driver was mistaken, but that the envelope could not be re-delivered as it was already being returned to me. On June 20, 2023, I sent an unsigned copy of the present application by United States Postal Service Priority Mail Express service for next day delivery. According to the USPS website, delivery was scheduled for delivery by 6:00 PM June 21, 2023, however as of the morning of June 22, 2023 the website reports the envelope is still in-transit.

10. On May 23, 2023, I placed an order on Amazon.com for three bottles of PERFECTX Intensive Concentrate Cream Joint and Bone Therapy.

11. The boxes of the PERFECTX-branded products that came in response to the order were collectively wrapped in cellophane, with a sticker stating that the products were "Made in China." An image of the wrapper is attached to this declaration as Exhibit B.

12. A true and correct copy of the press release "Survey Says: Americans prefer MADE IN USA" downloaded from https://www.prnewswire.com/news-releases/survey-says-americans-prefer-made-in-usa-301163756 on June 15, 2023, is attached as Exhibit C.

Date:   June 22, 2023          By:   */s/ Jonathan J. Krit*
                                     Jonathan J. Krit