# Exhibit A

Biomax Health Products, LLC, a Delaware limited liability company, et. al., Plaintiff(s)
vs.
PERFECTX USA, a business entity of unknown type and organization, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 164794-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Perfectx
Court Case No. 3:23-cv-02834

AMIN, TALATI & WASSERMAN
Sanjay Karnik
549 W Randolph St, Ste 400
Chicago, IL  60661

State of: **California** ) ss.
County of: **San Mateo** )

**Name of Server:** **Uriel Carmona**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **June**, 20 **23**, at **11:47** o'clock **a** M

**Place of Service:** at **548 Market St, Suite 275**, in **San Francisco, CA  94104**

**Documents Served:** the undersigned served the documents described as:
06/08/2023 Cover Letter to Perfectx; Summons; Complaint; Civil Cover Sheet; Order Setting ICMC; DMR-Revised-Standing-Order 072022; Notice of MJ Assignment Election Form; Standing Order All Judges 1.17.23; ECF Reg Info

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Perfectx**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Becky Thomas-Earth Class Mail Store Clerk**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ____
Approx. Age **30**; Approx. Height **5'6"**; Approx. Weight **160 LBS**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this ____ day of ____, 20 ____

_____          _____
Notary Public                 (Commission Expires)

APS International, Ltd.

see attached

*Confirmed Perfectx defendant rents box #14148 at address.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Mateo

Subscribed and sworn to (or affirmed) before me on this 13th day of June, 20 23, by Uriel Carmona, registered process server, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ROBERTA J. ANDERSON
Notary Public - California
San Mateo County
Commission # 2396000
My Comm. Expires Mar 7, 2026

(Seal)   Signature *[signed]*